LISA KOBIALKA (State Bar No. 191404)
King & Spalding LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone: (650) 590-0700
Facsimile: (650) 590-1900
Email: lkobialka@kslaw.com

Attorneys for Defendant
CHEVRON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENERGY INTELLIGENCE GROUP, INC and ENERGY INTELLIGENCE GROUP (UK) LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION<br><br>Defendant. | Case No. CV-09-4071-JCS<br><br>Honorable:   Magistrate Judge<br>                       Joseph C. Spero<br><br>**STIPULATION EXTENDING DEFENDANT CHEVRON CORPORATION'S TIME TO RESPOND TO COMPLAINT**<br><br>[Local Rule 6-1]<br>Complaint Filed: Sept. 2, 2009 |

### STIPULATION

Plaintiff Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited ("Plaintiff") and Defendant Chevron Corporation. ("Chevron"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on September 2, 2009, Plaintiff filed its Complaint in this action;

WHEREAS, Plaintiff and Chevron agreed to extend Chevron's time to answer, move or otherwise respond to Plaintiff's Complaint up to and including November 2, 2009.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: September 25, 2009 | ROBERT L. POWLEY *(PRO HAC VICE PENDING)*<br>**POWLEY & GIBSON, P.C.** |
| 3 | | /s/   Robert L. Powley |
| 4 | | Robert L. Powley<br>Attorneys for Plaintiff |
| 5 | | ENERGY INTELLIGENCE GROUP, INC. and<br>ENERGY INTELLIGENCE GROUP (UK) |
| 6 | | LIMITED |
| 7 | DATED: September 25, 2009 | JAMES ANDREW HINDS, SR. |
| 8 | | **LAW OFFICES OF JAMES ANDREW HINDS, SR.** |
| 9 | | /s/   James Andrew Hinds, Sr. |
| 10 | | James Andrew Hinds, Sr.<br>Attorneys for Plaintiff |
| 11 | | ENERGY INTELLIGENCE GROUP, INC. and<br>ENERGY INTELLIGENCE GROUP (UK) |
| 12 | | LIMITED |
| 14 | DATED: September 25, 2009 | LISA KOBIALKA<br>**KING & SPALDING LLP** |
| 15 | | /s/   Lisa Kobialka |
| 16 | | Lisa Kobialka (SBN 191404)<br>Attorneys for Defendant |
| 17 | | CHEVRON CORPORATION |
| 20 | Dated: Sept. 28, 2009 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Joseph C. Spero

2

STIPULATION EXTENDING CHEVRON CORPORATION'S
TIME TO RESPOND TO COMPLAINT
CASE NO. CV-09-4071-JCS