LISA KOBIALKA (State Bar No. 191404)
King & Spalding LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone: (650) 590-0700
Facsimile:  (650) 590-1900
Email:  lkobialka@kslaw.com

Attorneys for Defendant
CHEVRON CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ENERGY INTELLIGENCE GROUP, INC and ENERGY INTELLIGENCE GROUP (UK) LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION<br><br>Defendant. | Case No. CV-09-04071-PJH<br><br>Honorable:   Magistrate Judge<br>                      Phyllis J. Hamilton<br><br>**SECOND STIPULATION EXTENDING DEFENDANT CHEVRON CORPORATION'S TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER**<br><br>[Local Rule 6-1]<br>Complaint Filed:  Sept. 2, 2009 |

## STIPULATION

Plaintiff Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited ("Plaintiff") and Defendant Chevron Corporation ("Chevron"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on September 2, 2009, Plaintiff filed its Complaint in this action;

WHEREAS, Plaintiff and Chevron filed a stipulation on September 25, 2009, extending Chevron's time to answer, move or otherwise respond to Plaintiff's Complaint up to and including November 2, 2009.

WHEREAS, the Court granted the stipulation on September 29, 2009. (Docket No. 16)

WHEREAS, Plaintiff and Chevron agree to further extend Chevron's time to answer, move or otherwise respond to Plaintiff's Complaint up to and including November 23, 2009, as this date will not alter the date of any event or deadline already fixed by Court order.

DATED: November 2, 2009

ROBERT L. POWLEY *(PRO HAC VICE PENDING)*
**POWLEY & GIBSON, P.C.**

 /s/   Robert L. Powley
Robert L. Powley
Attorneys for Plaintiff
ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED

DATED: November 2, 2009

JAMES ANDREW HINDS, SR.
**LAW OFFICES OF JAMES ANDREW HINDS, JR.**

 /s/   James Andrew Hinds, Sr.
James Andrew Hinds, Sr.
Attorneys for Plaintiff
ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED

DATED: November 2, 2009

LISA KOBIALKA
**KING & SPALDING LLP**

 /s/   Lisa Kobialka
Lisa Kobialka (SBN 191404)
Attorneys for Defendant
CHEVRON CORPORATION

IT IS SO ORDERED.

DATED: 11/3/09



_____ HAMILTON

Judge Phyllis J. Hamilton
3

SECOND STIPULATION EXTENDING CHEVRON CORPORATION'S
TIME TO RESPOND TO COMPLAINT
CASE NO. CV-09-04071-PJH