1  LISA KOBIALKA (State Bar No. 191404)
2  King & Spalding LLP
   333 Twin Dolphin Drive, Suite 400
3  Redwood Shores, CA 94065
   Telephone: (650) 590-0700
4  Facsimile:  (650) 590-1900
   Email:  lkobialka@kslaw.com
5
6  Attorneys for Defendant
   CHEVRON CORPORATION
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 | ENERGY INTELLIGENCE GROUP, INC      | Case No. CV-09-4071-PJH
   | and ENERGY INTELLIGENCE GROUP       |
12 | (UK) LIMITED,                       | Honorable:   ~~Magistrate~~ Judge
                                         |              Phyllis J. Hamilton
13 |         Plaintiff,                  |
14 |                                     | **STIPULATED REQUEST FOR STAY OF**
   |      v.                             | **CASE DUE TO SETTLEMENT AND**
15 |                                     | **[~~PROPOSED~~] ORDER**
   | CHEVRON CORPORATION                 |
16 |                                     | [Local Rule 6-2]
   |         Defendant.                  | Complaint Filed: Sept. 2, 2009
17

18        Plaintiff Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited
19
   ("Plaintiff") and Defendant Chevron Corporation ("Chevron"), by and through their respective
20
   counsel of record, hereby stipulate and agree as follows:
21
          WHEREAS, on September 2, 2009, Plaintiff filed its Complaint in this action;
22
          WHEREAS, the parties filed two stipulated requests which were granted to extend
23
24 Chevron's time to answer, move or otherwise respond to Plaintiff's complaint;

25        WHEREAS, Plaintiff and Chevron engaged in settlement discussions in early November

26 and entered into a settlement agreement;

27        WHEREAS, certain condition precedents are to be completed before Plaintiff will file a

28
   STIPULATED REQUEST FOR STAY OF CASE
   DUE TO SETTLEMENT
   CASE NO. CV-09-4071-JCS

dismissal of this case with prejudice;

WHEREAS, Chevron's deadline to answer, move or otherwise respond to Plaintiff's Complaint is November 23, 2009;

WHEREAS, the last day for the parties to meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and file their ADR certification is November 25, 2009 and the last day to file the Joint Case Management Statement is due on December 10, 2009;

WHEREAS, the Initial Case Management Conference is scheduled for December 17, 2009 at 2 p.m.; and

WHEREAS, good cause exists for a limited stay of this case until January 8, 2010 because it will permit the parties to complete the condition precedents of the parties' settlement required before Plaintiff files a dismissal with prejudice of this case, which the parties anticipate will be filed by December 31, 2009.

Pursuant to Civil Local Rule 6-2, the accompanying declaration of Lisa Kobialka describes the reasons for the stipulated request for a stay and discloses all previous time modifications in the case.

The parties respectfully request the Court to stay the case in order for the parties to complete the terms of the settlement and file a dismissal with prejudice of this dispute.

DATED: November 23, 2009

ROBERT L. POWLEY (PRO HAC VICE PENDING)
**POWLEY & GIBSON, P.C.**

/s/   Robert L. Powley
Robert L. Powley
Attorneys for Plaintiff
ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED

2

STIPULATED REQUEST FOR STAY OF CASE
DUE TO SETTLEMENT
CASE NO. CV-09-4071-JCS

| | |
|---|---|
| DATED: November 23, 2009 | JAMES ANDREW HINDS, SR.<br>**LAW OFFICES OF JAMES ANDREW HINDS, JR.**<br><br>/s/   James Andrew Hinds, Sr.<br>James Andrew Hinds, Sr.<br>Attorneys for Plaintiff<br>ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED |
| DATED: November 23, 2009 | LISA KOBIALKA<br>**KING & SPALDING LLP**<br><br>/s/   Lisa Kobialka<br>Lisa Kobialka (SBN 191404)<br>Attorneys for Defendant<br>CHEVRON CORPORATION |

3

STIPULATED REQUEST FOR STAY OF CASE
DUE TO SETTLEMENT
CASE NO. CV-09-4071-JCS

1   IT IS SO ORDERED.

2

3

4   DATED: 11/24/09

5   _____
    HONORABLE JOSEPH C. SPERO

6

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*