ROBERT L. POWLEY *(Pro Hac Vice)*
**POWLEY & GIBSON, P.C.**
304 Hudson Street, 2nd Floor
New York, NY 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085
Attorneys for Plaintiffs
ENERGY INTELLIGENCE GROUP, INC. and
ENERGY INTELLIGENCE GROUP (UK) LIMITED

JAMES ANDREW HINDS, JR. (State Bar No. 71222)
**LAW OFFICES OF JAMES ANDREW HINDS, JR.**
21515 Hawthorne Blvd., Suite 1150
Torrance, CA 90503
Telephone: (310) 316-0500
Facsimile: (310) 792-5977
Attorneys for Plaintiffs
ENERGY INTELLIGENCE GROUP, INC. and
ENERGY INTELLIGENCE GROUP (UK) LIMITED

LISA KOBIALKA (State Bar No. 191404)
**KING & SPALDING LLP**
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone: (650) 590-0700
Facsimile: (650) 590-1900
Email: lkobialka@kslaw.com
Attorneys for Defendant
CHEVRON CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENERGY INTELLIGENCE GROUP, INC and ENERGY INTELLIGENCE GROUP (UK) LIMITED,<br><br>                    Plaintiff,<br><br>        v.<br><br>CHEVRON CORPORATION<br><br>                    Defendant. | Case No. CV-09-4071-PJH<br><br>Honorable:    Judge Phyllis J. Hamilton<br><br>**[PROPOSED] STIPULATION OF DISMISSAL WITH PREJUDICE** |

Please take notice that the parties, Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited (collectively, "Plaintiffs"), and Chevron Corporation ("Defendant"), hereby stipulate to dismissal of this action with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  The Parties agree to bear their own legal costs and fees in this matter.

This Court shall retain jurisdiction to enforce the terms of the Parties' Settlement Agreement.

DATED:  December 15, 2009

ROBERT L. POWLEY *(Pro Hac Vice)*
**POWLEY & GIBSON, P.C.**

 /s/   Robert L. Powley_____ \_\_\_\_\_
    Robert L. Powley
    Attorneys for Plaintiff
    ENERGY INTELLIGENCE GROUP,
    INC. and ENERGY INTELLIGENCE
    GROUP (UK) LIMITED

DATED:  December 15, 2009

JAMES ANDREW HINDS, JR.
**LAW OFFICES OF JAMES ANDREW HINDS, JR.**

 /s/   James Andrew Hinds, Jr.\_\_\_\_ \_\_\_\_\_
    James Andrew Hinds, Jr.
    Attorneys for Plaintiff
    ENERGY INTELLIGENCE GROUP,
    INC. and ENERGY INTELLIGENCE
    GROUP (UK) LIMITED

DATED:  December 15, 2009

LISA KOBIALKA
**KING & SPALDING LLP**

 /s/   Lisa Kobialka
    Lisa Kobialka (SBN 191404)
    Attorneys for Defendant
    CHEVRON CORPORATION

1

1
2  **IT IS SO ORDERED.**
3
4  Dated: __12/16/09_____ 
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

[PROPOSED] STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. CV-09-4071-JCS